**Barbarita ESPINOSA–HERNANDEZ, Appellant,**

v.

**TRIUMPH FOODS, LLC, Respondent.**

**No. WD 73776.**

Missouri Court of Appeals, Western District.

Dec. 6, 2011.

Daniel L. Smith, Overland Park, KS, for appellant.

Seth C. Wright, St. Joseph, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Barbarita Espinosa–Hernandez appeals the Final Award of the Missouri Labor and Industrial Relations Commission, finding that she sustained a twenty-two percent partial impairment of the middle and right fingers of her right hand, and awarding her compensation accordingly.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.